ACCEPTED
03-15-00025-CV
7356590
THIRD COURT OF APPEALS
AUSTIN, TEXAS
10/13/2015 3:47:20 PM
JEFFREY D. KYLE
CLERK

No. 03-15-00025-CV

===============================================

## IN THE COURT OF APPEALS FOR THE THIRD DISTRICT AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

10/13/2015 3:47:20 PM

JEFFREY D. KYLE
Clerk

===============================================

**APPELLANTS/CROSS-APPELLEES LAKEWAY REGIONAL MEDICAL CENTER, LLC AND SURGICAL DEVELOPMENT PARTNERS, LLC,**

**v.**

**APPELLEES LAKE TRAVIS TRANSITIONAL LTCH, BRENNAN, MANNA &DIAMOND, LLC AND FRANK T. SOSSI**

===============================================

**APPELLEES BRENNAN, MANNA & DIAMOND, LLC, AND FRANK T. SOSSI'S FIRST UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE THEIR APPELLEES' BRIEF**

===============================================

TO THE HONORABLE COURT OF APPEALS:

Pursuant to Texas Rules of Appellate Procedure 10.5(b) and 38.6(d), Appellees Brennan, Manna & Diamond, LLC, and Frank T. Sossi's ("**Attorney Appellees**") timely file this Unopposed Motion to Extend Time to File Their Opening Brief.

All Appellees' briefs are currently due on October 21, 2015. The Attorney Appellees seek an extension of time to file their brief to November 20, 2015. The Attorney Appellees are informed and believe that their co-Appellees and the Appellant in this appeal are contemporaneously filing similar motions seeking an extension to file their briefs on November 20, 2015, so that all briefs will be due on the same date.

This is the Attorney Appellees' first request for an extension of time to file their brief.

I.  **<u>BACKGROUND.</u>**

1. This case is on appeal from the 345th Judicial District Court of Travis County, Texas.

2. The case below was styled *Lake Travis Transitional LTCH, LLC n/k/a Lake Travis Specialty Hospital, L.L.C. v. Lakeway Regional Medical Center, LLC, Surgical Development Partners, LLC, Brennan, Manna & Diamond, LLC, Brennan, Manna & Diamond, P.L., and Frank T. Sossi* and numbered D-1-GN-12-000983.

3. The trial court entered summary judgment in favor of the Attorney Appellees in an order entered on July 17, 2014.

4. On January 12, 2015, following the disposition of post-trial motions, Appellants/Cross-Appellees filed a notice of appeal.

5. On January 13, 2015, Appellee Lake Travis Transitional LTCH, LLC n/k/a Lake Travis Specialty Hospital, L.L.C ("LTT") filed its notice of appeal.

6. The extensive clerk's record, over 13,300 pages was filed on June 16, 2015. (A supplemental clerk's record was filed on May 21 and a second supplemental clerk's record was filed on June 18.) Since then, various parties to this appeal, including the Attorney Appellees, have noticed certain omissions from the record and requested that the clerk supplement the record, resulting in additional supplementations.

7. The extensive reporter's record was filed on June 23, 2015. A supplemental court reporter's record was filed on June 30, 2015.

## II.    REASONS FOR REQUESTED EXTENSION.

8.    The clerk's and recorder's records in this appeal are very large and complex and, owing to the multiple supplementations, challenging to navigate.

9.    The legal issues relating to the disposition of this case against the Attorney Appellees presents novel and complex issues of Texas law.

10.    Until the last few days, counsel for Attorney Appellees assigned to the preparation of their brief has been employed full-time in the preparation of filings in support of a dispositive motion in a class action pending in the United States District Court for the Northern District of Texas, Fort Worth Division, *Brown, et al. v. Texas A&M University School of Law* (No. 4:15-CV-613).

11.    The other parties to this appeal have advised counsel that they intend to seek an extension to November 20, and it is desirable for all briefs to be filed on the same date for the convenience of Court and parties.

12.    This request is not sought for delay only but so that justice may be done.

## III.    PRAYER FOR RELIEF.

For the foregoing reasons, Appellees Brennan, Manna & Diamond, LLC, and Frank T. Sossi respectfully request that this Court grant their **First Unopposed** Motion for Extension of Time to File Their Appellees' Brief, and extend the deadline to November 20, 2015.

DATED:  October 13, 2015

Respectfully submitted,

**GORDON & REES, LLP**

By:  */s/ Ryan A. Fellman*
    **Robert A. Bragalone**
    *bbragalone@gordonrees.com*
    Texas Bar No.  02855850
    **Ryan A. Fellman**
    *rfellman@gordonrees.com*
    Texas Bar No.  24072544

**GORDON & REES LLP**
2100 Ross Avenue
Suite 2800
Dallas, Texas  75201
Phone:  (214) 231-4660
Fax:  (214) 461-4053

ATTORNEYS FOR APPELLEES BRENNAN,
MANNA & DIAMOND, LLP, AND
FRANK T. SOSSI  [the Attorney Appellees]

## CERTIFICATE OF CONFERENCE

I certify that counsel for the Attorney Appellees has consulted with Jane Webre and Joy Soloway, counsel (respectively) for all other parties in this appeal, and that they are not opposed to this motion.

By:  */s/ Ryan A. Fellman*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on the 13th day of October, 2015, the foregoing motion was served by electronic service and/or email upon the following counsel of record:

S. Abraham Kuczaj III, Esq.
*akuczaj@scottdoug.com*
Paige A. Amstutz, Esq.
*pamstutz@scottdoug.com*
Steven J. Wingard, Esq.
*swingard@scottdoug.com*
Jane Webre, Esq.
*jwebre@scottdoug.com*
SCOTT, DOUGLASS &MCCONNICO, LLP
303 Colorado, Suite 2400
Austin, TX 78701

*Counsel for Appellee/Cross-Appellant Lake Travis Transitional LTCH, LLC*

Jeff Cody, Esq.
*jeff.cody@nortonrosefulbright.com*
Barton Wayne Cox, Esq.
*beau.cox@nortonrosefulbright.com*
James V. Leito IV, Esq.
*james.leito@nortonrosefulbright.com*
NORTON ROSE FULBRIGHT US LLP
2200 Ross Avenue, Suite 3600
Dallas, TX 75201-2784

Joy M. Soloway, Esq.
*joy.soloway@nortonrosefulbright.com*
NORTON ROSE FULBRIGHT US LLP
1301 McKinney, Suite 5100
Houston, TX 77010-3095

*Counsel for Appellants/Cross-Appellees Lakeway Regional Medical Center, LLC and Surgical Development Partners, LLC*

Jessica Z. Barger, Esq.
*barger@wrightclose.com*
Raffi Melkonian, Esq.
*melkonian@wrightclose.com*
WRIGHT & CLOSE, LLP
One Riverway, Suite 2200
Houston, TX 77056

*Counsel for Appellant/Cross-Appellee Surgical Development Partners, LLC*

By:   */s/ Ryan A. Fellman*